# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**MATTHEW O. JOHNSON**                                          **PLAINTIFF**

v.                               **No. 1:12-cv-63-DPM–JJV**

**MICHAEL J. ASTRUE, Commissioner**
**of Social Security Administration**                     **DEFENDANT**

## ORDER

Johnson moves to dismiss his appeal as premature. *Document No. 5*. His

social-security case is on remand to the Administrative Law Judge, so there

is no final decision for this Court to review.   *Cf.* 42 U.S.C. § 405(g).   The

motion is granted.  Johnson's appeal is dismissed without prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

16 August 2012