# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MATTHEW O. JOHNSON**　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　No. 1:12-cv-63-DPM–JJV

**MICHAEL J. ASTRUE, Commissioner**
**of Social Security Administration**　　　　　　　**DEFENDANT**

## ORDER

Johnson moves to dismiss his appeal as premature. *Document No. 5*. His social-security case is on remand to the Administrative Law Judge, so there is no final decision for this Court to review. *Cf.* 42 U.S.C. § 405(g). The motion is granted. Johnson's appeal is dismissed without prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 August 2012