## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MATTHEW O. JOHNSON**                                   **PLAINTIFF**

v.                              **No. 1:12-cv-63-DPM**

**MICHAEL J. ASTRUE, Commissioner**
**of Social Security Administration**                    **DEFENDANT**

### JUDGMENT

Johnson's appeal is dismissed without prejudice.


_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_16 August 2012_